# United States Court of Appeals
## For the First Circuit

No. 21-1388

UNITED STATES OF AMERICA,

Appellee,

v.

AKEEM CRUZ, a/k/a Vybe, a/k/a Mello,

Defendant, Appellant.

Nos. 21-1428, 21-1429

UNITED STATES OF AMERICA,

Appellee,

v.

TAYLOR LOVELY,

Defendant, Appellant.

No. 21-1720

UNITED STATES OF AMERICA,

Appellee,

v.

JEREMIAH MITCHELL, a/k/a Jazz,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on September 28, 2022, is amended as follows:

On page12, line 8, and page 13, line 15,  replace " cert. denied " with "cert. denied"

On page 14, line 16:  replace "Condition" with "condition"